## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ERGO MANAGEMENT COMPANY, LLC<br><br>Debtor. | Case No.: 16-24615-CMB<br><br>Chapter 7<br><br>Adv. Proc. No.:<br><br>Response Deadline:<br><br>Hearing Date & Time: |
| NATALIE LUTZ CARDIELLO, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>FAUST BROTHERS MASONRY,<br><br>Defendant. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2018, upon consideration of the Complaint filed in the above captioned adversary proceeding, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that judgment be entered in favor of the Plaintiff and against the Defendant in the sum of $47,050.00 plus Plaintiff's costs of suit in the amount of $_____, and pre- and post-judgment interest thereon at the maximum legal rate running from and after the date of the filing of the Complaint and until such date as this judgment is paid in full; and it is further

ORDERED, ADJUDGED, AND DECREED, that the Defendant shall forthwith pay the judgment amount to the Plaintiff.

_____
Carlota Böhm, Chief Judge