## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 16-24615-CMB |
| ERGO MANAGEMENT COMPANY, LLC | Chapter 7 |
| Debtor. | Adv. Proc. No.: 18-2191-CMB |
| | Doc No. 20-1 |
| NATALIE LUTZ CARDIELLO, TRUSTEE, | |
| Plaintiff, | |
| v. | |
| FAUST BROTHERS MASONRY, | |
| Defendant. | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this 27th day of June, 2019, upon consideration of the *Joint Motion to Approve Settlement Agreement* (the "Motion"), it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the Motion shall be, and hereby is, granted in its entirety, it is further

ORDERED, ADJUDGED, AND DECREED that the Settlement Agreement and Mutual Release, attached to the Motion as Exhibit 1, shall be, and hereby is, approved in its entirety.

*Carlota M. Böhm* **dmk**
Carlota Böhm, Chief Judge

FILED
6/27/19 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA